**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Anthony THOMASON, Petitioner**

**No. 198 EAL 2017**

Supreme Court of Pennsylvania.

September 21, 2017

## ORDER

PER CURIAM

**AND NOW,** this 21st day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**